**Nos. 25-5869, 25-5911, 25-5930**

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee Cross-Appellant,*

v.

**CADE COTHREN (25-5869/25-5930); GLEN CASADA (25-5911/25-5930),**

*Defendants-Appellants Cross-Appellees.*

## JOINT MOTION TO REMAND TO TRIAL COURT

On September 25, 2025 and October 7, 2025, Cade Cothren and Glen Casada respectively filed Notices of Appeal from their convictions and sentences in the United States District Court for the Middle District of Tennessee in case number 3:22-cr-00282. On November 7, 2025, President Donald J. Trump granted Defendants-Appellants Cross-Appellees Cade Cothren and Glen Casada full and unconditional pardons. As such, on November 12, 2025, Mr. Cothren filed a Motion to Voluntary Dismiss Appeal. (Doc. No. 29-1, Case No. 25-5869). On November 13, 2025, Mr. Casada also filed a Motion to Dismiss Appeal (Doc. No. 31-1, Case No. 25-5911). On November 13, 2025, the government filed a Motion to Dismiss

the cross-appeal (Doc. No. 17, Case No. 25-5930). On November 21, 2025, this Court issued an omnibus Order granting the Parties' Motions to voluntarily dismiss their appeals. (Doc. No. 30, Case No. 25-5869; Doc. No. 32, Case No. 25-5911; Doc. No. 18, Case No. 25-5930).

On November 14, 2025, the government filed an Unopposed Motion to Vacate Convictions in the United States District Court for the Middle District of Tennessee. (Doc. No. 497, Middle District of Tennessee Case No. 3:22-cr-00282). That motion remains pending.

The parties hereby move this Court to issue a mandate to return the case to the United States District Court for the Middle District of Tennessee for the disposition of the pending motion.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney for the
Middle District of Tennessee

*/s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS
Assistant United States Attorney
719 Church Street, Ste 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

**Sherwood Boutique Litigation, PLC**

*/s/ Cynthia A. Sherwood*
Cynthia A. Sherwood, #20911
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
*Counsel for Cade Cothren*


*/s/ Jonathan Farmer*
Ed Yarbrough (BPR #004097)
Jonathan P. Farmer (BPR #020749)
511 Union St, Suite 1000
Nashville, TN 37219
(P) 615-238-6300
eyarbrough@spencerfane.com
jfarmer@spencerfane.com
*Counsel for Glen Casada*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed with the Court on this 8th day of January 2026, which will electronically notify all counsel of record.

*/s/ Taylor Phillips*
Taylor Phillips